Allan G. MacDonnell, Respondent, *v.* Bernard McConville, Appellant,

*MacDonnell* v. *McConville*, 148 App. Div. 49, affirmed.
(Argued December 5, 1913; decided December 19, 1913.)

Appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial

34

department, entered January 5, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action for false arrest.

*Archibald R. Watson, Corporation Counsel (William E. C. Mayer, Terence Farley* and *Harry Crone* of counsel), for appellant.

*John Thomas Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.